IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE PAYNE, #112348, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-296-WKW |
| | ) [WO] |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

A review of the file indicates an error by the Clerk in docketing the Recommendation issued on April 23, 2008.  As a result of such error, the Clerk failed to provide the plaintiff a copy of the aforementioned Recommendation.  Accordingly, it is

ORDERED that the plaintiff be GRANTED an extension from May 7, 2008 to and including May 21, 2008 to file an objection to the April 23, 2008 Recommendation.

Done this 8th day of May, 2008.


                                    /s/ Wallace Capel, Jr.
                                  WALLACE CAPEL, JR.
                                  UNITED STATES MAGISTRATE JUDGE